IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-484-CV





RUNNELS COUNTY JAIL INMATES,




 RELATORS



vs.



RUNNELS COUNTY SHERIFF,



 

 RESPONDENT





 




HABEAS CORPUS PROCEEDING FROM RUNNELS COUNTY



 





PER CURIAM

 Relators filed their petition for writ of habeas corpus on September 13, 1993. The
petition for writ of habeas corpus is denied. Tex. R. App. P. 120(d).


Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Petition for Writ of Habeas Corpus Denied

Filed: October 13, 1993

Do Not Publish